UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | : | |
| NASIR BROWN | : | MAG. NO. 19-MJ-1044 (AMD) |
| Defendant | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 27th day of June 2019,

ORDERED that Richard Coughlin, Federal Public Defender ( Maggie Moy , AFPD) for the District of New Jersey is hereby appointed to represent said defendant in this matter for purposes of the initial appearance only.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender